In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-21-00041-CV**
_____

**JOHN PRESTON BLALOCK AND JOHN PRESTON BLALOCK II,
A/K/A BLALOCK HOUSEHOLD, Appellants**

**V.**

**MERCY WATER SUPPLY CORPORATION, Appellee**

**On Appeal from the 258th District Court
San Jacinto County, Texas
Trial Cause No. CV16,563**

**MEMORANDUM OPINION**

On March 8, 2021, we notified the parties that the notice of appeal did not

identify a judgment or appealable order. The appellee, Mercy Water Supply

Corporation, filed a motion to dismiss the appeal for lack of jurisdiction. The

appellants, John Preston Blalock and John Preston Blalock II, a/k/a Blalock

Household, filed a response to the Court's jurisdictional inquiry, but did not identify

1

any statutory basis for an accelerated appeal from an interlocutory order dismissing some, but not all of their claims.

Generally, appellate courts review only final judgments and interlocutory orders specifically made appealable by statute. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). An appeal from an interlocutory order may proceed as an accelerated appeal "when allowed by statute[.]" *See* Tex. R. App. P. 28.1. The appellants failed to identify a signed order by the trial court that they may appeal as an accelerated appeal. *See generally* Tex. Civ. Prac. & Rem. Code Ann. § 51.014. We grant the motion to dismiss. The appeal is dismissed for want of jurisdiction.

APPEAL DISMISSED.

PER CURIAM

Submitted on March 24, 2021
Opinion Delivered March 25, 2021

Before Golemon, C.J., Kreger and Johnson, JJ.

2